# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEATRICE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01723-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S SOCIAL SECURITY APPEAL AS UNTIMELY<br><br>(ECF Nos. 1, 8) |

Aleatrice Thomas ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed this action seeking judicial review of the denial of disability benefits pursuant to the Social Security Act. The matter was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2021, an order issued requiring Plaintiff to show cause within fourteen days why this action should not be dismissed as untimely filed. (ECF No. 6.) Plaintiff did not file a response to the January 13, 2021 order. On February 4, 2021, findings and recommendations were filed recommending dismissing Plaintiff's Social Security appeal as untimely. (ECF No. 8.) The findings and recommendations provided that any objection to the findings and recommendations was to be filed within thirty days. (*Id.*) More than thirty days have passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed February 4, 2021, is ADOPTED IN FULL;
2. Plaintiff's Social Security appeal is DISMISSED as untimely filed; and
3. The Clerk of the Court is DIRECTED to CLOSE this action.

IT IS SO ORDERED.

Dated: May 18, 2021

SENIOR DISTRICT JUDGE

2